OFFICE COPY

Steven C. Krane
PROSKAUER ROSE LLP
1585 Broadway
New York, NY 10036-8299
(212) 969-3435

Martin I. Kaminsky
Justin Y. K. Chu
POLLACK & KAMINSKY
114 West 47th Street
New York, New York 10036
(212) 575-4700

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

QUICKIE, LLC,

                Plaintiff,

-against-

GREENBERG TRAURIG, LLP, THELEN
REID BROWN RAYSMAN & STEINER LLP
(f/k/a THELEN, REID & PRIEST LLP) and
ROBERT E. KREBS,

                Defendants.

---

THELEN REID BROWN RAYSMAN &
STEINER LLP (f/k/a THELEN, REID &
PRIEST LLP) and ROBERT E. KREBS,

                Third-Party Plaintiffs,

-against-

TODD SHARINN, PEPE & HAZARD LLP,
ALAN FELL and RICK, STEINER, FELL
& BENOWITZ, LLP,

                Third-Party Defendants.

---

Judge Berman

07 CV 10331

07 Civ. _____ ( )

**RULE 7.1 DISCLOSURE STATEMENT**

ECF CASE



RECEIVED
NOV 14 2007
U.S.D.C. S.D.N.Y.
CASHIERS

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable judges and magistrate judges of the court to evaluate possible disqualification and recusal, the undersigned attorneys of record for the defendants, Thelen Reid Brown Raysman & Steiner LLP, Robert E. Krebs and Greenberg Traurig, LLP, certify that they are not publicly held corporations and that no publicly held corporation owns 10% or more of their stock.

Dated: New York, New York
       November 14, 2007

PROSKAUER ROSE LLP

By: _____
    Steven C. Krane

1585 Broadway
New York, NY  10036-8299
(212) 969-3435
*Attorneys for Thelen Reid Brown*
*Raysman & Steiner LLP and Robert*
*E. Krebs*

POLLACK & KAMINSKY

By: _____
    Martin I. Kaminsky
    Justin Y. K. Chu

114 West 47th Street
New York, New York 10036
(212) 575-4700
*Attorneys for Greenberg Traurig, LLP and*
*Todd Sharinn*