Steven C. Krane
PROSKAUER ROSE LLP
1585 Broadway
New York, NY  10036-8299
(212) 969-3435

Martin I. Kaminsky
Justin Y. K. Chu
POLLACK & KAMINSKY
114 West 47th Street
New York, New York 10036
(212) 575-4700

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

QUICKIE, LLC,

               Plaintiff,

    -against-

GREENBERG TAURIG, LLP, THELEN
REID BROWN RAYSMAN & STEINER LLP
(f/k/a THELEN, REID & PRIEST LLP) and
ROBERT E. KREBS,

               Defendants.

---

THELEN REID BROWN RAYSMAN &
STEINER LLP (f/k/a THELEN, REID &
PRIEST LLP) and ROBERT E. KREBS,

               Third-Party Plaintiffs,

    -against-

TODD SHARINN, PEPE & HAZARD LLP,
ALAN FELL and RICK, STEINER, FELL
& BENOWITZ, LLP,

               Third-Party Defendants.

---

07 Civ. 10331 (RMB)(DFE)

**NOTICE OF FILING
OF NOTICE OF REMOVAL**

ECF CASE

TO: CLERK OF THE COURT
SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

PLEASE TAKE NOTICE that, on November 14, 2007, pursuant to 28 U.S.C. §§ 1338(a), 1367, 1441(a) and 1446, defendants Thelen Reid Brown Raysman & Steiner LLP and Robert E. Krebs, by their attorneys, Proskauer Rose LLP, and defendant Greenberg Traurig, LLP, by its attorneys, Pollack & Kaminsky, filed a Notice of Removal with the United States District Court for the Southern District of New York to effect the removal of the above-captioned action. Accordingly, no further proceedings should be had in this matter in the Supreme Court of the State of New York. A copy of Defendant's Notice of Removal is attached hereto as Exhibit A.

Dated: New York, New York
November 14, 2007

PROSKAUER ROSE LLP

By: _____
Steven C. Krane

1585 Broadway
New York, NY 10036-8299
(212) 969-3435
*Attorneys for Thelen Reid Brown
Raysman & Steiner LLP and Robert
E. Krebs*

POLLACK & KAMINSKY

By: _____
Martin I. Kaminsky
Justin Y. K. Chu

114 West 47th Street
New York, New York 10036
(212) 575-4700
*Attorneys for Greenberg Traurig, LLP and
Todd Sharinn*

2

TO:

Richard I. Janvey
Joan M. Secofsky
Janvey, Gordon, Herlands, Randolph & Cox, LLP
355 Lexington Avenue
New York, New York 10017

Stephen T. Loden
Diamond McCarthy, LLP
Two Houston Center
909 Fannin, Suite 1500
Houston, Texas 77010

*Attorneys for Plaintiff*


Pamela A. Bresnahan
Vorys, Sater, Seymour and Pease LLP
1828 L Street NW
Eleventh Floor
Washington, D.C. 20036-5109

Frank W. Ryan
Nixon Peabody LLP
437 Madison Avenue
New York, NY 10022
(212) 940-3000

*Attorneys for Rick, Steiner, Fell & Benowitz and Alan Fell*