UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------
QUICKIE LLC.,

|  |  |
|---|---|
| Plaintiff | **AFFIDAVIT OF SERVICE**<br>**2007 cv 10331 (RMB)(DFE)** |

GREENBERG TRAURIG, LLP, et,al.


Defendants.

THELEN REID BROWN RAYSMAN &
STEINER LLP,

against

TODD SHARINN, PEPE & Hazard LLP,et,al.
-------------------------------------------------------

Anthony Lopez, being duly sworn, deposes and states:

1. I am not a party to this action, am over 18 years of age, and reside in Union County New Jersey.


2. On November 14, 2007 at approximately 5:45 PM, I served a NOTICE OF FILING OF NOTICE OF REMOVAL, INDIVIDUAL PRACTICES RULES OF MAGISTRATE JUDGE EATON AND OF HON. JUDGE RICHARD M. BERMAN, PROCEDURES FOR ELECTRONIC CASE FILING, 3rd AMENDED INSTRUCTIONS FOR FILING AN ELECTRONIC CASE OR APPEAL and GUIDELINES FOR ELECTRONIC CASE FILING upon Frank W. Ryan at Nixon Peabody LLP at 437 Madison Ave., New York NY 10022 by personally delivering to and leaving a true copy of the above mentioned documents with Mr. Allen Moore of the Offices Services department at the firm, who stated that he was authorized to accept service of the above mentioned documents.


3. On November 15, 2007 at approximately 10:00 AM, I served a NOTICE OF FILING OF NOTICE OF REMOVAL, INDIVIDUAL PRACTICES RULES OF MAGISTRATE JUDGE EATON AND OF HON. JUDGE RICHARD M. BERMAN, PROCEDURES FOR ELECTRONIC CASE FILING, 3rd AMENDED INSTRUCTIONS FOR FILING AN ELECTRONIC CASE OR APPEAL and GUIDELINES FOR

**ELECTRONIC CASE FILING upon Joan M. Secofsky Esq., of Janvey, Gorrdon, Herlands, Randolph & Cox, LLP at 355 Lexington Ave., New York NY 10017 by personally delivering to and leaving a true copy of the above mentioned documents with Joan M. Secofsky,  Esq.**

**4. Mr. Moore can be described as a black male approximately 5'5" tall, 175 Lbs., 45 years of age with a short haircut.**

**5. Ms. Secofsky can be described as a white female approximately 5'8" tall, 60-65 years of age, 185 Lbs., with short brown hair and wearing glasses.**

---------------------------------------------------
Anthony Lopez
**Process Server's License  #0845031**

**Sworn to before me this
15th  day of  November, 2007.**

**Notary Public**

ALLEN F. HEALY
Notary Public, State of New York
No. 01HE6051567
Qualified in Bronx County
Commission Expires December 4, 2010