UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
QUICKIE, LLC

                          Plaintiff,        07 Civ 10331 (RMB) (DFE)

    - against -

                                      **AFFIDAVIT OF SERVICE**

GREENBERG TRAURIG, LLP, THELEN REID
BROWN RAYMAN & STEINER LLP (F/K/A/ THELEN,
REID & PRIEST LLP) AND ROBERT E. KREBS

                          Defendants.

GREENBERG TRAURIG, LLP, THELEN REID
BROWN RAYMAN & STEINER LLP (F/K/A/ THELEN,
REID & PRIEST LLP) AND ROBERT E. KREBS

              Third Party Plaintiffs

        -against-

TODD SHARINN, PEPE & HAZARD LLP, ALAN FELL
AND RICK STEINER, FELL & BENOWITZ, LLP

           Third Party Defendants
------------------------------------------------------------X
STATE OF TEXAS        )
                            )ss.:
COUNTY OF HARRIS    )

_MAXIE TARVER_ *(process server)*, being duly sworn deposes and says that:

Deponent is not a party to this action, and is over 18 years of age and is a resident of the State of Texas.

On November _19_, 2007, at approximately _10_:_20_ _A_.m. at ~~Two Houston~~ Four Houston Center, ~~909 Fannin Street~~ 1221 Lamar Street 1525, Suite ~~1500~~, Houston, Texas 77010, deponent served the within Notice of Filing of Notice of Removal, Exhibits 1-10, Individual Practices of Honorable Richard M. Berman, Individual Practices of Magistrate Judge Eaton, Procedures for Electronic Case Filing, 3rd Amended Instructions for Filing an Electronic Case or Appeal and Guidelines for Electronic Case Filing upon **Stephen T. Loden** of Diamond McCarthy, LLP by delivering to and leaving with _Stephen T. Loden_, *(Person served)* _____,*(Title)* a true and correct copy of said documents.

At the time of said service, *(Person served)* STePhen.T LodeN

stated that (s)he was duly authorized to accept service of legal process for Stephen T. Loden.

*(Person served)* STePhen T LodeN is described as a White *(race)*

(fe)male, approximately 48 years of age, 150 lbs., 6'2" tall, with brown/GRAY hair and

*(other features)* _____.

_____ sch000 000 2617
*(PROCESS SERVER'S SIGNATURE)*

MAXIE TARVER
*(PRINT NAME)*

Sworn to before me this
19th day of November, 2007

_____
Notary Public

SHEILA MAYES
My Commission Expires
August 24, 2008