# DIAMOND McCARTHY LLP
Attorneys & Counselors

620 Eighth Avenue, 39th Floor | New York, NY 10018 | Phone: 212.430.5400 | Fax: 212.430.5499

**MEMO ENDORSED**

RECEIVED
NOV 29 2007
CHAMBERS OF
RICHARD M. BERMAN
U.S.D.J.

November 29, 2007

BY HAND

The Honorable Richard M. Berman
United States District Court Judge
United States District Court for the
Southern District of New York
500 Pearl Street, Room 650
New York, New York 10007

07 Civ. 10331

Re: Quickie v. Greenburg Traurig (07-10331)

> **DEFENDANTS TO RESPOND WITH A BRIEF LETTER BY 12/3/07. WE WILL DISCUSS AT THE 12/10/07 CONFERENCE.**
>
> SO ORDERED:
> Date: 11/29/07
> Richard M. Berman, U.S.D.J.

Dear Judge Berman:

We represent plaintiff in the above referenced action, and write to request a pre-motion conference to file a Motion to Remand pursuant to 28 U.S.C. § 1447(c). The Court has already scheduled a conference for December 10, 2007 at 9:15 AM in connection with third-party defendants' request to file a Motion to Dismiss the Amended Third Party Complaint, and we respectfully suggest that plaintiff's motion be considered at that conference.

Defendants filed a Notice of Removal, and the case was assigned to your Honor, on November 14, 2007. The basis for plaintiff's proposed motion is that the Notice of Removal was not timely under 28 U.S.C. § 1446(b), in that (a) the complaint was served in May 2007, more than thirty days prior to the Notice, and (b) the alleged basis for removal, decisions issued on October 15, 2007 in two unrelated Federal Circuit cases, do not constitute an "other paper from which it may first be ascertained that the case is one which is or has become removable . . ." Accordingly, plaintiff respectfully requests permission to move to remand this action.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/29/07

Respectfully submitted,

Joan M. Secofsky

JMS:ns

Diamond McCarthy Taylor Finley & Lee LLP
Austin | 6504 Bridgepoint Parkway | Suite 400 | Austin, TX 78730 | Phone: 512.617.5200 | Fax: 512.617.5299
Dallas | Renaissance Tower | 1201 Elm Street, 34th Floor | Dallas, TX 75270 | Phone: 214.389.5300 | Fax: 214.389.5399
Two Houston Center | 909 Fannin, Suite 1500 | Houston, TX 77010 | Phone: 713.333.5100 | Fax: 713.333.5199
www.diamondmccarthy.com

cc *(via-email)*:
    Martin Kaminsky, Esq.
    Justin Y.K. Chu, Esq.
    Steven C. Krane, Esq.
    Frank W. Ryan, Esq.
    Pamela A. Bresnahan, Esq.