UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                                                 :

QUICKIE, LLC,

                                                                                 :      07-Civ-10331 (RMB) (DFE)

                Plaintiff,

                                                                                    :

   -against-

                                                                                :      RULE 7.1

GREENBERG TRAURIG, LLP, THELEN REID               DISCLOSURE
BROWN RAYSMAN & STEINER LLP (FORMERLY  :      <u>STATEMENT</u>
KNOWN AS THELEN, REID, PRIEST LP); and
ROBERT E. KREBS, ESQ.,                                         :

                                            Defendants.      :

------------------------------------------------------------x
                                                                                    :

THELEN REID BROWN RAYSMAN &
STEINER LLP (fka THELEN, REID, PRIEST LP)   :
and ROBERT E. KREBS,

                                                                                 :

                Third-Party Plaintiffs,

                                                                                 :

   -against-

                                                                                 :

TODD SHARINN, PEPE & HAZARD LLP,
ALAL FELL and RICK , STEINER, FELL &              :
BENOWITZ, LLP,

                                                                                 :

                Third-Party Defendants.

                                                                                  :
------------------------------------------------------------x

        Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable

judges and magistrate judges of the court to evaluate possible disqualification and

recusal, the undersigned attorneys of record for the plaintiff, certify that they are not publicly held corporations and that no publicly held corporation owns 10% or more of their stock

Dated: New York, New York
November 28, 2007

        Respectfully submitted,

        DIAMOND MCCARTHY LLP
        *Attorneys for Plaintiff*

        By: /s/ Richard I. Janvey
            Richard I. Janvey (RJ1160)
            Joan M. Secofsky (JS4035)
            Steven Loden (SL8754)
        620 Eighth Avenue, 39th Floor
        New York, New York 10018
        (212) 430-5400

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
:
QUICKIE, LLC,
:          07-Civ-10331 (RMB) (DFE)
          Plaintiff,
:

  -against-
:          AFFIDAVIT
                                               OF SERVICE
GREENBERG TRAURIG, LLP, THELEN REID
BROWN RAYSMAN & STEINER LLP (FORMERLY  :
KNOWN AS THELEN, REID, PRIEST LP); and
ROBERT E. KREBS, ESQ.,
:

          Defendants.
:
-------------------------------------------------------------x
:
THELEN REID BROWN RAYSMAN &
STEINER LLP (fka THELEN, REID, PRIEST LP)  :
and ROBERT E. KREBS,
:
          Third-Party Plaintiffs,
:
  -against-
:
TODD SHARINN, PEPE & HAZARD LLP,
ALAL FELL and RICK, STEINER, FELL &
BENOWITZ, LLP,
:
          Third-Party Defendants.
:
-------------------------------------------------------------x

STATE OF NEW YORK   )
                           ) ss:
COUNTY OF NEW YORK )

       Nancy Sullivan, being duly sworn, deposes and says:

       I am not a party to the action, am over eighteen years of age and

reside in Suffolk County, State of New York.

On November 28, 2007, I served the within Rule 7.1 Disclosure Statement in above-captioned action by causing a true copy thereof to be delivered by e-mail, addressed to:

Pollack & Kaminsky
Attorneys for Defendant
 Greenberg Traurig LLP
114 West 47th Street
New York, NY 10036
Attn: Martin Kaminsky, Esq. (*mikaminsky@pollacklawfirm.com*)
        Justin Y.K. Chu, Esq. (*jchu@pollacklawfirm.com*)

Proskauer Rose LLP
Attorneys for Defendant Raysman
 & Steiner, L.P. & Robert E. Krebs, Esq.
1585 Broadway
New York, NY 10036
Attn: Steven C. Krane, Esq. (*skrane@proskauer.com*)

Vorys, Sater, Seymour and Pease LLP
Attorneys for Third-Party Defendants, Alan Fell and
 Rick, Steiner, Fell & Benowitz LLP
1828 I Street, N.W., 11th Floor
Washington, D.C. 20036-5109
Attn: Pamela A. Bresnahan, Esq. (*pbresnahan@vssp.com*)

Nixon Peabody LLP
Attorneys for Third-Party Defendants, Alan Fell and
Rick, Steiner, Fell & Benowitz LLP
437 Madison Avenue
New York, New York  10022
Attn: Frank W. Ryan, Esq. (fryan@nixonpeabody.com)

_____
NANCY SULLIVAN

Sworn to before me this
29th day of November, 2007

_____
Notary Public

TASIA PAVALIS
Notary Public, State of New York
No. 31-4851729
Qualified in New York County
Commission Expires February 3, 20 10