UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x
:
QUICKIE, LLC,
:
                                                                      :      07-Civ-10331 (RMB) (DFE)
                   Plaintiff,
:

   -against-
:      NOTICE OF
      APPEARANCE
GREENBERG TRAURIG, LLP, THELEN REID
BROWN RAYSMAN & STEINER LLP (FORMERLY   :
KNOWN AS THELEN, REID, PRIEST LP); and
ROBERT E. KREBS, ESQ.,
:

                   Defendants.     :
------------------------------------------------x
:
THELEN REID BROWN RAYSMAN &
STEINER LLP (fka THELEN, REID, PRIEST LP)   :
and ROBERT E. KREBS,
:
                Third-Party Plaintiffs,
:

   -against-
:

TODD SHARINN, PEPE & HAZARD LLP,
ALAL FELL and RICK , STEINER, FELL &
BENOWITZ, LLP,      :

:
                 Third-Party Defendants.
:
------------------------------------------------x

      PLEASE TAKE NOTICE that the law firm of Diamond McCarthy LLP hereby

appears on behalf of plaintiff, Quickie LLC, in the above-captioned action and demands

that all pleadings, notices, orders, correspondence and other papers in connection with the action be served upon:

>Richard I. Janvey, Esq.
>Joan M. Secofsky, Esq.
>Diamond McCarthy LLP
>620 Eighth Avenue, 39th Floor
>New York, New York 10018
>Phone: (212) 430-55400
>Fax: (212) 430-5499
>rjanvey@diamondmccarthy.com
>jsecofsky@diamondmccarthy.com
>
>Steven Loden, Esq. (*admitted in NYS*)
>Diamond McCarthy LLP
>909 Fannin, Suite 1500
>Houston, TX 77010
>Phone: (713) 333-5100
>Fax: (713) 333-5199
>sloden@diamondmccarthy.com

Dated: New York, New York
       November 28, 2007

>Respectfully submitted,
>
>DIAMOND MCCARTHY LLP
>*Attorneys for Plaintiff*
>
>By: /s/ *Richard I. Janvey*
>     Richard I. Janvey (RJ1160)
>     Joan M. Secofsky (JS4035)
>     Steven Loden (SL8754)
>620 Eighth Avenue, 39th Floor
>New York, New York 10018
>(212) 430-5400

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
                                                                                         :

QUICKIE, LLC,
                                                                                         :       07-Civ-10331 (RMB) (DFE)

               Plaintiff,
                                                                                          :

   -against-
                                                                                          :       AFFIDAVIT
                                                                                                          OF SERVICE

GREENBERG TRAURIG, LLP, THELEN REID
BROWN RAYSMAN & STEINER LLP (FORMERLY  :
KNOWN AS THELEN, REID, PRIEST LP); and
ROBERT E. KREBS, ESQ.,
                                                                                         :

                        Defendants.      :
----------------------------------------------------------x
                                                                                         :

THELEN REID BROWN RAYSMAN &
STEINER LLP (fka THELEN, REID, PRIEST LP)  :
and ROBERT E. KREBS,
                                                                                         :

              Third-Party Plaintiffs,
                                                                                         :

   -against-
                                                                                         :

TODD SHARINN, PEPE & HAZARD LLP,
ALAL FELL and RICK , STEINER, FELL &
BENOWITZ, LLP,
                                                                                         :

            Third-Party Defendants.
                                                                                            :
----------------------------------------------------------x

STATE OF NEW YORK    )
                                ) ss:
COUNTY OF NEW YORK )

               Nancy Sullivan, being duly sworn, deposes and says:

             I am not a party to the action, am over eighteen years of age and

reside in Suffolk County, State of New York.

On November 28, 2007, I served the within Notice of Appearance in above-captioned action by causing a true copy thereof to be delivered by e-mail, addressed to:

Pollack & Kaminsky
Attorneys for Defendant
Greenberg Traurig LLP
114 West 47th Street
New York, NY 10036
Attn: Martin Kaminsky, Esq. (*mikaminsky@pollacklawfirm.com*)
    Justin Y.K. Chu, Esq. (*jchu@pollacklawfirm.com*)

Proskauer Rose LLP
Attorneys for Defendant Raysman
 & Steiner, L.P. & Robert E. Krebs, Esq.
1585 Broadway
New York, NY 10036
Attn: Steven C. Krane, Esq. (*skrane@proskauer.com*)

Vorys, Sater, Seymour and Pease LLP
Attorneys for Third-Party Defendants, Alan Fell and
 Rick, Steiner, Fell & Benowitz LLP
1828 I Street, N.W., 11th Floor
Washington, D.C. 20036-5109
Attn: Pamela A. Bresnahan, Esq. (*pbresnahan@vssp.com*)

Nixon Peabody LLP
Attorneys for Third-Party Defendants, Alan Fell and
Rick, Steiner, Fell & Benowitz LLP
437 Madison Avenue
New York, New York 10022
Attn: Frank W. Ryan, Esq. (*fryan@nixonpeabody.com*)

_____
NANCY SULLIVAN

Sworn to before me this
29th day of November, 2007

_____
Notary Public

TASIA PAVALIS
Notary Public, State of New York
No. 31-4851729
Qualified in New York County
Commission Expires February 3, 20_10_