# DIAMOND McCARTHY LLP
### Attorneys & Counselors

620 Eighth Avenue, 39th Floor | New York, NY 10018 | Phone: 212.430.5400 | Fax: 212.430.5499

**MEMO ENDORSED**

> Mr. Loden may appear by phone; other counsel to appear in person as scheduled.
>
> **SO ORDERED**
> Date: 12/20/07
> *Richard M. Berman*
> Richard M. Berman, U.S.D.J.

Direct Dial:
713-333-5100

Email Address
sloden@diamondmccarthy.com

December 19, 2007

The Honorable Richard M. Berman
United States District Court for the
  Southern District of New York
500 Pearl Street, Room 650
New York, New York 10007

**VIA HAND DELIVERY**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/20/07

07-CIV-10331

Re:   *Quickie L.L.C. v. Greenburg Traurig, LLP*; Case No. 07-CV-10331 (RMB)(DFE); In the United States District Court for the Southern District of New York.

Dear Judge Berman:

At the December 10, 2007 scheduling conference concerning the above-referenced matter, the Court stated that out of town attorneys would be permitted to appear telephonically for the continued scheduling conference set for this Friday, December 21, 2007. As the Court may recall, although I am scheduled to appear before Bankruptcy Judge Schmidt in the Southern District of Texas this Friday, I stated that I would appear telephonically as lead counsel for the plaintiffs, and that one of plaintiffs' New York based counsel would appear in person on December 21, 2007.

This morning I asked my paralegal to contact your chambers to make arrangements for me to appear telephonically on Friday. She was told, however, that no telephonic appearances would be permitted because of the difficulties presented by having counsel on the phone while other counsel are present in the Courtroom.

As lead counsel for the plaintiffs in this action, I would like to be present for Friday's conference and have attempted to make arrangements consistent with the Court's prior instructions to make that appearance possible. I am thus writing to request that either I be allowed to appear telephonically for Friday's continued scheduling conference or, if having counsel in person and on the phone presents logistical problems for the Court, that the Court hold the entire scheduling conference telephonically.

Respectfully submitted,

*Stephen Loden by Joan Vecapsley*

Stephen T. Loden, Esq.

RECEIVED
DEC 20 2007
CHAMBERS OF
RICHARD M BERMAN
U.S.D.J.

cc:   All Counsel of Record (*via email*)

Diamond McCarthy Taylor Finley & Lee LLP
Austin | 6504 Bridgepoint Parkway | Suite 400 | Austin, TX 78730 | Phone: 512.617.5200 | Fax: 512.617.5299
Dallas | Renaissance Tower | 1201 Elm Street, 34th Floor | Dallas, TX 75270 | Phone: 214.389.5300 | Fax: 214.389.5399
Two Houston Center | 909 Fannin, Suite 1500 | Houston, TX 77010 | Phone: 713.333.5100 | Fax: 713.333.5199
www.diamondmccarthy.com