**PROSKAUER ROSE LLP**

1585 Broadway
New York, NY 10036-8299
Telephone 212.969.3000
Fax 212.969.2900

BOCA RATON
BOSTON
LONDON
LOS ANGELES
NEW ORLEANS
NEWARK
PARIS
SÃO PAULO
WASHINGTON

**MEMO ENDORSED**

Steven C. Krane
Member of the Firm

Direct Dial 212.969.3435
skrane@proskauer.com

January 24, 2008

**By Hand**

Hon. Richard M. Berman
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

RECEIVED
JAN 24 2008
RICHARD M. BERMAN
U.S.D.J.

Re: Quickie, LLC v. Greenberg Traurig, LLP, et al.
    Docket No. 07 Civ. 10331 (RMB)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-24-08

Dear Judge Berman:

We write on behalf of all parties to the above-referenced litigation.

At a conference on December 21, 2007, this Court directed all of the parties to attempt to resolve this matter through mediation, and to report back to the Court on January 31, 2008 at 11:00 AM. We have agreed upon a mediator and he has scheduled the mediation session for February 19, 2008. In view of that schedule, the parties jointly request that the January 31 conference be adjourned until immediately after the mediation.

Subject to the Court's schedule, a conference on the morning of February 20, 2008 would be most convenient for all, particularly for those lawyers who are traveling from out of town for the mediation. Alternatively, all counsel are also available on February 25, 2008.

We thank you in advance for your courtesy in this regard.

Respectfully submitted,

Steven C. Krane /DAL

Steven C. Krane

CONFERENCE ADJOURNED TO
2/20/08 AT 9:30 A.M.

SO ORDERED:
Date: 1/24/08
Richard M. Berman
Richard M. Berman, U.S.D.J.