UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
**QUICKIE, LLC**
           Plaintiff(s),

-v-

**GREENBERG TRAURIG**

           Defendant(s).
-------------------------------------------------------X

<u>Case Management Plan</u>

**07** CV. **10331** (RMB)**(DFE)**

SDNY DOCUMENT ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/20/08

      The following Case Management Plan is entered after consultation with the parties. This Plan is also a Rule 16 and Rule 26(f) scheduling order as required by the Federal Rules of Civil Procedure.

(i)    Joinder of additional parties by _____

(ii)   Amend the pleadings by _____

(iii)  All discovery to be expeditiously completed by **FACT & EXPERT** **FINAL June 20, 2008 (Fact + Expert)**

(iv)  Consent to Proceed before Magistrate Judge _____

(v)   Status of settlement discussions **6/23/08 @ 11:00 A.M. with principals for any remaining parties**

Sections vi through xi will be set at conference with the Court.

(vi)  Motions **See Court's Rules.**

(vii) Oral Argument _____

(viii) Joint Pre-Trial Order to be submitted by _____

(ix)  Final Pre-Trial Conference _____

(x)   Trial _____

(xi)  Other **Status Conf. on 3/13/08 at 10:00 A.M. Discovery disputes: take up with Magistrate**

SO ORDERED: New York, New York
                  2/20/08

                                                /RMB/
                                        Hon. Richard M. Berman, U.S.D.J.