UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| QUICKIE, LLC,<br><br>　　　　　Plaintiff<br><br>- against -<br><br>GREENBERG TRAURIG, LLC, THELEN, REID, BROWN, RAYSMAN & STEINER, L.L.P. (FORMERLY KNOWN AS THELEN, REID & PRIEST, LLP); and ROBERT E. KREBS, ESQ<br><br>　　　　　Defendants | 07-cv-10331 (RMB)(DFE) |
| THELEN, REID, BROWN, RAYSMAN & STEINER, L.L.P. (FORMERLY KNOWN AS THELEN, REID & PRIEST, LLP); and ROBERT E. KREBS, ESQ<br><br>　　　　　Third Party Plaintiffs<br><br>- against –<br><br>TODD SHARINN, PEPE & HAZARD LLP, ALAN FELL, and RICK, STEINER, FELL, & BENOWITZ, LLP<br><br>　　　　　Third Party Defendants |  |

### ORDER GRANTING MOTION OF ALLAN B. DIAMOND AND CLIFFORD H. WALSTON TO APPEAR *PRO HAC VICE*

This matter is before the Court on the Motion of Plaintiff, Quickie, LLC to allow Allan B. Diamond and Clifford H. Walston to be admitted *pro hac vice* to practice before this Court.

Allan B. Diamond and Clifford H. Walston have both filed Affidavits and Certifications in accordance with Local Rules of this Court and have certified that they will abide by the rules, conditions and provisions of the District Court. Accordingly, based on the foregoing, and for good

cause shown, it is

      ORDERED that Allan B. Diamond and Clifford H. Walston be and hereby are, admitted to practice before this Court in this matter.

      IT IS SO ORDERED

Dated:   New York, New York
            March 18, 2008.

                                                              */s/ RMB*
                                        The Honorable Richard M. Berman
                                        United States District Judge