**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| QUICKIE, LLC,<br>        Plaintiff<br><br>  - against -<br><br>GREENBERG TRAURIG, LLC, THELEN,<br>REID, BROWN, RAYSMAN & STEINER,<br>L.L.P. (FORMERLY KNOWN AS THELEN,<br>REID & PRIEST, LLP); and ROBERT E.<br>KREBS, ESQ<br><br>        Defendants | 07-cv-10331 (RMB)(DFE)<br><br>NOTICE OF MOTION FOR<br>ADMISSION *PRO HAC VICE* |

---

THELEN, REID, BROWN, RAYSMAN &
STEINER, L.L.P. (FORMERLY KNOWN AS
THELEN, REID & PRIEST, LLP); and
ROBERT E. KREBS, ESQ

        Third Party Plaintiffs

  - against –

TODD SHARINN, PEPE & HAZARD LLP,
ALAN FELL, and RICK, STEINER, FELL,
& BENOWITZ, LLP

        Third Party Defendants

---

      PLEASE TAKE NOTICE that, upon the Affidavit of Stephen T. Loden, sworn to March

27, 2008, and the Petition of Walter J. "Skip" Scott, sworn to March 19, 2008, and the exhibits

annexed thereto, and upon all prior papers filed and proceedings heretofore had herein, Plaintiff

will move this court, before the Honorable Richard M. Berman, Courtroom 21-D, at the United

States Courthouse located at 500 Pearl Street, New York, New York 10007, as soon as this

Motion can be heard, for an Order pursuant to Local Civil Rule 1.3(c), admitting Mr. Scott, *pro*

*hac vice*, to argue or try this case in whole or in part, and permitting his firm, Diamond

McCarthy LLP, to file a Notice of Appearance designating him as an additional attorney-of-

record for Plaintiff in this action.

Dated:  New York, New York
         March 27, 2008

                       Respectfully submitted,

                       DIAMOND MCCARTHY LLP
                       *Attorneys for Plaintiff*

                       By:
                          Richard I. Janvey (RJ1160)
                          Joan M. Secofsky (JS4035)
                          Stephen T. Loden (SL8754)
                       620 Eighth Avenue, 39th Floor
                       New York, New York  10018
                       (212) 430-5400
                       (212) 430-5499
                       rjanvey@diamondmccarthy.com
                       jsecofsky@diamondmccarthy.com
                       sloden@diamondmccarthy.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

QUICKIE, LLC,
            Plaintiff

   - against -

GREENBERG TRAURIG, LLC, THELEN,
REID, BROWN, RAYSMAN & STEINER,
L.L.P. (FORMERLY KNOWN AS THELEN,
REID & PRIEST, LLP); and ROBERT E.
KREBS, ESQ

          Defendants

:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

07-cv-10331 (RMB)(DFE)

---

THELEN, REID, BROWN, RAYSMAN &
STEINER, L.L.P. (FORMERLY KNOWN AS
THELEN, REID & PRIEST, LLP); and
ROBERT E. KREBS, ESQ

        Third Party Plaintiffs

   - against –

TODD SHARINN, PEPE & HAZARD LLP,
ALAN FELL, and RICK, STEINER, FELL,
& BENOWITZ, LLP

        Third Party Defendants

---

### AFFIDAVIT OF STEPHEN T. LODEN IN SUPPORT OF
### MOTION TO APPEAR *PRO HAC VICE*

STEPHEN T. LODEN, being duly sworn, deposes and states:

1.      I am a member of the bar of the State of New York and of this Court, and

a member of the firm Diamond McCarthy LLP, attorneys for Plaintiff in the above-captioned

action.  This Affidavit is made in support of Plaintiff's Motion for an Order, pursuant to Local

Civil Rule 1.3(c), admitting Walter J. "Skip" Scott, of the firm Diamond McCarthy LLP with his

primary office at 1201 Elm Street, Suite 3400, Dallas, Texas 75270, to argue or try this case in whole or in part, and permitting Diamond McCarthy LLP to file a Notice of Appearance designating Mr. Scott as an additional attorney-of-record for Plaintiff herein.

2.     Mr. Scott is a member of the firm Diamond McCarthy LLP and has submitted an Affidavit and Certification in support of this Motion.  Mr. Scott is a member in good standing of the bar of the State of Texas and is admitted to practice in the United States District Courts reflected in his Petition. The relevant Certificates of Good Standing are annexed as Exhibit A to his Affidavit.

3.     As also stated in his Affidavit, Mr. Scott is familiar with the facts of this case.  Mr. Scott further states that he has read and is familiar with the rules of this Court, and he has agreed to abide by these rules.

WHEREFORE, your deponent respectfully requests that the within Motion for an Order (*i*) admitting Mr. Scott, *pro hac vice*, to argue or try this case in whole or in part, and (*ii*) permitting Diamond McCarthy to file a Notice of Appearance designating Mr. Scott as an additional attorney-of-record for the Plaintiff herein, be granted in all respects.

STEPHEN T. LODEN

Sworn to before me this 27th day of
March, 2008.



Notary Public in and for the
State of Texas

Tracy B. Davis
Notary Public, State of Texas
My Commission Expires: 07-31-10

133932v1                                    2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| QUICKIE, LLC, | : | |
| Plaintiff | : | |
| | : | 07-cv-10331 (RMB)(DFE) |
| - against - | : | |
| | : | |
| GREENBERG TRAURIG, LLC, THELEN, | : | |
| REID, BROWN, RAYSMAN & STEINER, | : | |
| L.L.P. (FORMERLY KNOWN AS THELEN, | : | |
| REID & PRIEST, LLP); and ROBERT E. | : | |
| KREBS, ESQ | : | |
| | : | |
| Defendants | : | |

| | |
|---|---|
| THELEN, REID, BROWN, RAYSMAN & | : |
| STEINER, L.L.P. (FORMERLY KNOWN AS | : |
| THELEN, REID & PRIEST, LLP); and | : |
| ROBERT E. KREBS, ESQ | : |
| | : |
| Third Party Plaintiffs | : |
| | : |
| - against – | : |
| | : |
| TODD SHARINN, PEPE & HAZARD LLP, | : |
| ALAN FELL, and RICK, STEINER, FELL, | : |
| & BENOWITZ, LLP | : |
| | : |
| Third Party Defendants | : |

**AFFIDAVIT OF WALTER J. "SKIP" SCOTT IN SUPPORT OF
MOTION TO APPEAR *PRO HAC VICE***

WALTER J. "SKIP" SCOTT, being duly sworn, deposes and states:

1.      This Affidavit is submitted in support of the motion seeking my *pro hac vice* admission to represent the Plaintiff in above-captioned action before this Court.

2.      I am a member in good standing of the Bar of the State of Texas and have been since 1988.  Attached hereto as Exhibit A is a good standing certificate from the Supreme

Court of Texas and the State Bar of Texas attesting as to my good standing. I am also admitted to practice before the United States Circuit Court of Appeals for the 5th Circuit (2003), and before the United States District Courts for the Northern and Eastern Districts of Texas (1990 and 2004, respectively).

3.     I am a member of the law firm of Diamond McCarthy LLP and maintain an office at 1201 Elm Street, Suite 3400, Dallas, Texas  75270.

4.     I have never been held in contempt of court.

5.     I have never been censured, suspended or disbarred by any court.

6.     I have read the rules of the United States District Court for the Southern District of New York and I am familiar with them.

7.     I have been one of the principal attorneys responsible for the above-captioned action and I am fully familiar with all proceedings herein.  I hereby request that I be permitted to try the case with Stephen T. Loden and Richard I. Janvey.

6.     I hereby undertake that the fee of $25.00 for *pro hac vice* admission will be paid to the clerk of the Court, Cashier's Office.

WHEREFORE, I submit this Affidavit seeking my admission *pro hac vice* to represent Plaintiffs in the above-captioned action.



_____
WALTER J. "SKIP" SCOTT

Sworn to before me this 19th day of March, 2008.

_____
Notary Public in and for the
State of Texas

LESLEY E. STILLS
NOTARY PUBLIC
STATE OF TEXAS
My Comm. Expires 8-25-2008

2

# EXHIBIT A

# STATE BAR OF TEXAS



**Office of The Chief Disciplinary Counsel**

March 13, 2008

RE:  **Mr. Walter James Scott, Jr.**
      State Bar Number - **17918405**

To Whom it May Concern:

This is to certify that Mr. Walter James Scott, Jr. was licensed to practice law in Texas on May 06, 1988 and is an active member in good standing with the State Bar of Texas.

Good Standing means that the attorney is current on payment of Bar dues and attorney occupation tax; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension.

No disciplinary action involving professional misconduct has been taken against the attorney's law license. This certification expires 30 days from this date, unless sooner revoked or rendered invalid by operation of rule or law.

John A. Neal
Chief Disciplinary Counsel

JN/dh



# The Supreme Court of Texas

AUSTIN

_____

CLERK'S OFFICE
_____

**I, BLAKE HAWTHORNE,** Clerk of the Supreme Court of Texas, certify that the records of this office show that

**Walter James Scott, Jr.**

was duly admitted and licensed as an attorney and counselor at law by the Supreme Court of Texas on the 6th day of May, 1988.

I further certify that the records of this office show that, as of this date

**Walter James Scott, Jr.**

is presently enrolled with the State Bar of Texas as an active member in good standing.

**IN TESTIMONY WHEREOF** witness my hand and the seal of the Supreme Court of Texas at the City of Austin, this, the 14th day of March, 2008.

BLAKE HAWTHORNE, Clerk

by *Brad Sonego*

Brad Sonego, Deputy Clerk

No. 0314I

This certification expires thirty days from this date, unless sooner revoked or rendered invalid by operation of rule or law.

## **CERTIFICATE OF SERVICE**

I hereby certify that, on March 27, 2008, I caused to be served the within NOTICE OF MOTION

FOR ADMISSION *PRO HAC VICE*, together with the supporting Affidavits of Stephen T. Loden and Walter J.

"Skip" Scott in the above captioned cause by overnight delivery, facsimile, and/or electronic mail to the

following:

> Martin I. Kaminsky
> Justin Y. K. Chu
> Pollack & Kaminsky
> 114 West 47th Street
> New York, New York  10036
> mikaminsky@pollacklawfirm.com
> jchu@pollacklawfirm.com
> (212) 575-6560 (facsimile)
>
> Steven C. Krane
> Proskauer Rose LLP
> 1585 Broadway
> New York, NY 10036-8299
> skrane@proskauer.com
> (212) 969-2000 (facsimile)
>
> Pamela A. Bresnahan
> Vorys, Sater, Seymour and Pease LLP
> 1828 I Street, N.W., 11th Floor
> Washington, DC  20036-5109
> pbresnahan@vssp.com
> (202) 533-9020 (facsimile)

Stephen T. Loden

133931v1                                          3

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | | |
|---|---|---|
| QUICKIE, LLC, | : | |
| Plaintiff | : | |
| | : | 07-cv-10331 (RMB)(DFE) |
| - against - | : | |
| | : | |
| GREENBERG TRAURIG, LLC, THELEN, | : | |
| REID, BROWN, RAYSMAN & STEINER, | : | |
| L.L.P. (FORMERLY KNOWN AS THELEN, | : | |
| REID & PRIEST, LLP); and ROBERT E. | : | |
| KREBS, ESQ | : | |
| | : | |
| Defendants | : | |

---

| | |
|---|---|
| THELEN, REID, BROWN, RAYSMAN & | : |
| STEINER, L.L.P. (FORMERLY KNOWN AS | : |
| THELEN, REID & PRIEST, LLP); and | : |
| ROBERT E. KREBS, ESQ | : |
| | : |
| Third Party Plaintiffs | : |
| | : |
| - against – | : |
| | : |
| TODD SHARINN, PEPE & HAZARD LLP, | : |
| ALAN FELL, and RICK, STEINER, FELL, | : |
| & BENOWITZ, LLP | : |
| | : |
| Third Party Defendants | : |

---

## ORDER GRANTING MOTION OF
## WALTER J. "SKIP" SCOTT TO APPEAR *PRO HAC VICE*

This matter is before the Court on the Motion of Plaintiff, Quickie, LLC to allow Walter

J. "Skip" Scott to be admitted *pro hac vice* to practice before this Court.

Walter J. "Skip" Scott has filed an Affidavit and Certification in accordance with the

Local Rules of this Court and has certified that he will abide by the rules, conditions and

provisions of the District Court. Accordingly, based on the foregoing, and for good cause shown,

it is

ORDERED that Walter J. "Skip" Scott be and hereby is, admitted to practice before this

Court in this matter.

IT IS SO ORDERED

Dated:    New York, New York
          March __, 2008.


_____
The Honorable Richard M. Berman
United States District Judge