UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| QUICKIE, LLC,<br><br>              Plaintiff<br><br>  - against -<br><br>GREENBERG TRAURIG, LLC, THELEN, REID, BROWN, RAYSMAN & STEINER, L.L.P. (FORMERLY KNOWN AS THELEN, REID & PRIEST, LLP); and ROBERT E. KREBS, ESQ<br><br>              Defendants | 07-cv-10331 (RMB)(DFE)<br><br> |

THELEN, REID, BROWN, RAYSMAN & STEINER, L.L.P. (FORMERLY KNOWN AS THELEN, REID & PRIEST, LLP); and ROBERT E. KREBS, ESQ

              Third Party Plaintiffs

  - against –

TODD SHARINN, PEPE & HAZARD LLP, ALAN FELL, and RICK, STEINER, FELL, & BENOWITZ, LLP

              Third Party Defendants

**ORDER GRANTING MOTION OF**
**WALTER J. "SKIP" SCOTT TO APPEAR *PRO HAC VICE***

     This matter is before the Court on the Motion of Plaintiff, Quickie, LLC to allow Walter J. "Skip" Scott to be admitted *pro hac vice* to practice before this Court.

     Walter J. "Skip" Scott has filed an Affidavit and Certification in accordance with the Local Rules of this Court and has certified that he will abide by the rules, conditions and provisions of the District Court. Accordingly, based on the foregoing, and for good cause shown,

133929v1                                                            1

USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 4-2-08

it is

ORDERED that Walter J. "Skip" Scott be and hereby is, admitted to practice before this Court in this matter.

IT IS SO ORDERED

Dated:   New York, New York
~~March    2008~~
**April 2, 2008**

*RMB*

---
The Honorable Richard M. Berman
United States District Judge

133929v1

2