# DIAMOND McCARTHY LLP
### Attorneys & Counselors

620 Eighth Avenue, 39th Floor | New York, NY 10018 · Phone: 212.430.5400 · Fax: 212.430.5499

**MEMO ENDORSED**

APR 03, 2008

> April 1, 2008 Settlement
> Conference with principals of ALL
> parties on 5/9/08 @ 10:00AM.
>
> SO ORDERED:
> Date: 4/3/08   Richard M. Berman
> **Richard M. Berman, U.S.D.J.**

**VIA HAND DELIVERY**

The Honorable Richard M. Berman
United States District Judge
United States District Court for the
Southern District of New York
500 Pearl Street, Room 650
New York, New York 1007

Re:     *Quickie L.L.C. v. Greenburg Traurig LLP*; No. 07-CV-10331 (RMB)(DFE)

Dear Judge Berman:

Pursuant to the Court's instructions, following the conclusion of the February 19, 2008, mediation, Plaintiff Quickie L.L.C. ("Quickie") and Defendants Thelen Reid Brown Raysman & Steiner LLP , Robert Krebs, Rick Steiner Fell & Benowitz, LLP, and Alan Fell (collectively, the "Settling Defendants") have diligently continued efforts to resolve this litigation. We are writing, and are pleased, to notify the Court that those efforts have resulted in a settlement that, if approved by the Court, would resolve all claims between Quickie and the Settling Defendants.

Quickie and the Settling Defendants anticipate completing documentation of their settlement agreement soon. Immediately thereafter, Quickie and the Settling Defendants anticipate filing a motion to approve such good faith settlement, seek an appropriate contribution bar order and request a court hearing both to approve the settlement and to discuss the remaining claims between Quickie and Defendant Greenberg Traurig LLP.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-3-08

cc:     All Counsel of Record (*via email*)

Respectfully submitted,

Allan B. Diamond, Esq.

Diamond McCarthy Taylor Finley & Lee LLP
Austin | 6504 Bridgepoint Parkway | Suite 400 | Austin, TX 78730  Phone: 512.617.5200  Fax. 512.617.5299
Dallas | Renaissance Tower |1201 Elm Street, 34th Floor | Dallas, TX 75270 | Phone: 214.389.5300  Fax. 214.389.5399
Two Houston Center | 909 Fannin, Suite 1500  Houston, TX 77010  Phone: 713.333.5100 | Fax. 713.333.5199
www.diamondmccarthy.com