UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| QUICKIE, LLC, | |
| Plaintiff, | 07 Civ. 10331 (RMB) (DFE) |
| -against- | NOTICE OF JOINT MOTION TO FILE CONFIDENTIAL SETTLEMENT AGREEMENT AND MUTUAL RELEASES UNDER SEAL FOR COURT APPROVAL AND TO SUBMIT THE PAYMENT TERMS *EX PARTE* FOR *IN CAMERA* REVIEW |
| GREENBERG TRAURIG, LLP, THELEN REID BROWN RAYSMAN & STEINER LLP (f/k/a THELEN, REID & PRIEST LLP) and ROBERT E. KREBS, | |
| Defendants. | |
| | ECF CASE |
| THELEN REID BROWN RAYSMAN & STEINER LLP (f/k/a THELEN, REID & PRIEST LLP) and ROBERT E. KREBS, | |
| Third-Party Plaintiffs, | |
| -against- | |
| TODD SHARINN, ALAN FELL and RICK, STEINER, FELL & BENOWITZ, LLP, | |
| Third-Party Defendants. | |

---

PLEASE TAKE NOTICE that upon the annexed Joint Motion to File Confidential Settlement Agreement and Mutual Releases Under Seal for Court Approval and to Submit the Payment Terms *Ex Parte* for *In Camera* Review and the Declaration of Allan B. Diamond in Support of Motion dated May 14, 2008, plaintiff Quickie, LLC, defendants Thelen Reid Brown Raysman & Steiner LLP and Robert E. Krebs, and third-party defendants Rick, Steiner, Fell & Benowitz, LLP and Alan Fell (the "Settling Parties"), hereby move this Court before the Honorable Richard M. Berman for an Order granting the Settling Parties' request to file their

Confidential Settlement Agreement and Mutual Releases (the "Agreement") under seal and to submit the Agreement *ex parte* for *in camera* review in connection with their anticipated filing of a motion in support of the entry of a judgment and contribution bar order upon which the Agreement is expressly conditioned.

Dated: May 16, 2008
      New York, New York

                           DIAMOND McCARTHY LLP

                           By:    /s/ Stephen T. Loden
                                 Allan B. Diamond (*pro hac vice*)
                                 Walter J. "Skip" Scott (*pro hac vice*)
                                 Stephen T. Loden
                           620 Eighth Avenue, 39th Floor
                           New York, New York 10018
                           *Attorneys for Plaintiff Quickie, LLC*

                           PROSKAUER ROSE LLP

                         By:    /s/ Steven C. Krane
                                 Steven C. Krane
                           1585 Broadway
                           New York, NY 10036-8299
                           *Attorneys for Thelen Reid Brown Raysman & Steiner LLP and Robert E. Krebs*

                         VORYS, SATER, SEYMOUR and PEASE LLP

                         By:    /s/ Pamela A. Bresnahan
                                 Pamela A. Bresnahan
                         1828 L Street NW
                         Eleventh Floor
                         Washington, D.C. 20036-5109
                         *Attorneys for Rick, Steiner, Fell & Benowitz and Alan Fell*

To: All Counsel of Record

139003-1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

QUICKIE, LLC,

                Plaintiff,

-against-

GREENBERG TRAURIG, LLP, THELEN
REID BROWN RAYSMAN & STEINER LLP
(f/k/a THELEN, REID & PRIEST LLP) and
ROBERT E. KREBS,

                Defendants.

THELEN REID BROWN RAYSMAN &
STEINER LLP (f/k/a THELEN, REID &
PRIEST LLP) and ROBERT E. KREBS,

                Third-Party Plaintiffs,

-against-

TODD SHARINN, ALAN FELL and
RICK, STEINER, FELL & BENOWITZ, LLP,

                Third-Party Defendants.

07 Civ. 10331 (RMB) (DFE)

**JOINT MOTION TO FILE
CONFIDENTIAL SETTLEMENT
AGREEMENT AND MUTUAL
RELEASES UNDER SEAL
FOR COURT APPROVAL AND
TO SUBMIT THE PAYMENT
TERMS *EX PARTE* FOR
*IN CAMERA* REVIEW**

ECF CASE

      Plaintiff Quickie, LLC ("Quickie"), defendants Thelen Reid Brown Raysman & Steiner LLP and Robert E. Krebs (collectively "Thelen") and third-party defendants Rick, Steiner, Fell & Benowitz, LLP and Alan Fell (collectively "Rick Steiner") (all collectively the "Settling Parties"), through their undersigned counsel, hereby request leave of the Court to file their Confidential Settlement Agreement and Mutual Releases (the "Agreement") under seal for Court Approval, and to submit the Agreement *ex parte* for *in camera* review in connection with their

anticipated filing of a motion in support of the entry of a judgment and contribution bar order upon which the Agreement is expressly conditioned.

The Settling Parties submit that the filing of the Agreement under seal is appropriate because the Agreement is the product of confidential settlement negotiations and contains various confidentiality provisions through which the Settling Parties have agreed to keep the product of their confidential settlement negotiations under seal. It is the intent of the Settling Parties, as expressed in the Agreement, that nothing in the Agreement be disclosed to any person or admitted as evidence or disclosed in this or any other proceeding except as may be required to enforce the terms of the Agreement or for the entry of a judgment and contribution bar order upon which the Agreement is expressly conditioned (the "Bar Order").

Additionally, as more fully detailed in the accompanying Declaration of Allan B. Diamond in Support of the Motion, the Settling Parties request permission to submit the Payment Terms, as defined in the Agreement, *ex parte* for *in camera* review because (1) there exists the possibility of future settlement discussions between Quickie and the non-settling defendant, Greenberg Traurig, LLP ("Greenberg"), and Quickie wishes not to be prejudiced in those negotiations by the disclosure of the Payment Terms to Greenberg; and (2) because Thelen wishes to keep the Payment Terms confidential.

Furthermore, as noted above, the Settling Parties have conditioned their settlement upon entry of a Bar Order precluding later cross-claims, third-party demands or independent causes of action by Greenberg against Thelen and/or Rick Steiner. In order to protect Greenberg's interests, the proposed Bar Order will provide Greenberg with a credit against any judgment in an amount corresponding to the greater of (1) the total settlement amount paid to Quickie by Thelen and Rick Steiner, or (2) the aggregate proportion of liability, if any, allocated to Thelen

139005-1

and Rick Steiner by any final judgment in this action (the "Judgment Reduction"). Thelen and Rick Steiner have also agreed, as will be set forth in the proposed Bar Order, to waive any claims they might have against Greenberg that arise from the operative facts underlying this action.

The Settling Parties submit that Greenberg will be fully protected by the Judgment Reduction and mutual waiver of claims and that the *ex parte* submission to the Court of the Payment Terms is especially important here, where the revelation of such information may well prejudice Quickie in any future settlement discussions. Accordingly, the Settling Parties respectfully request that the Court grant their Motion to submit the Agreement under seal for Court Approval and to submit the Payment Terms *ex parte* for *in camera* review.

Dated: May 16, 2008
      New York, New York

                                  DIAMOND McCARTHY LLP

                                  By: /s/ Stephen T. Loden
                                        Allan B. Diamond (*pro hac vice*)
                                        Walter J. "Skip" Scott (*pro hac vice*)
                                        Stephen T. Loden
                                  620 Eighth Avenue, 39th Floor
                                  New York, New York 10018
                                  *Attorneys for Plaintiff Quickie, LLC*

                                  PROSKAUER ROSE LLP

                                  By: /s/ Steven C. Krane
                                          Steven C. Krane
                                  1585 Broadway
                                  New York, NY 10036-8299
                                  *Attorneys for Thelen Reid Brown Raysman & Steiner LLP and Robert E. Krebs*

139005-1

                                                        VORYS, SATER, SEYMOUR and PEASE LLP

                                                        By:   /s/ Pamela A. Bresnahan
                                                              Pamela A. Bresnahan
                                                      1828 L Street NW
                                                      Eleventh Floor
                                                      Washington, D.C. 20036-5109
                                                      *Attorneys for Rick, Steiner, Fell & Benowitz and Alan Fell*

To : All Counsel of Record

139005-1