UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

QUICKIE, LLC,

                Plaintiff,

-against-

GREENBERG TRAURIG, LLP, THELEN
REID BROWN RAYSMAN & STEINER LLP
(f/k/a THELEN, REID & PRIEST LLP) and
ROBERT E. KREBS,

                Defendants.

07 Civ. 10331 (RMB) (DFE)

**AFFIDAVIT OF SERVICE**

---

THELEN REID BROWN RAYSMAN &
STEINER LLP (f/k/a THELEN, REID &
PRIEST LLP) and ROBERT E. KREBS,

                Third-Party Plaintiffs,

-against-

TODD SHARINN, ALAN FELL and
RICK, STEINER, FELL & BENOWITZ, LLP,

                Third-Party Defendants.

---

STATE OF NEW YORK    )
                              ) SS.:
COUNTY OF NEW YORK  )

        NANCY SULLIVAN, being duly sworn deposes and says:

        I am not a party to the action, am over eighteen years of age and reside in Suffolk County, State of New York.

        On May 16, 2008, I served a copy of the Notice of Join Motion to File Confidential Settlement Agreement and Mutual Releases under Seal for Court Approval and to Submit the Payment Terms *Ex Parte* for *In Camera* Review; Notice of Motion for Entry of

Judgment and contribution Bar Order and Joint Memorandum of Law in Support of the Entry of a Bar Order in the above-captioned action upon the attached service list by electronic mail.

                                                          NANCY SULLIVAN

Sworn to before me this
16th day of May, 2008

_____
Notary Public

TASIA PAVALIS
Notary Public, State of New York
No. 31-4851729
Qualified in New York County
Commission Expires February 3, 2010

138656-1

**Sullivan, Nancy**

**Distribution List Name:**   Quickie Counsel

**Members:**

| | |
|---|---|
| Bresnahan, Pamela A. | PABresnahan@vorys.com |
| fryan@nixonpeabody.com | fryan@nixonpeabody.com |
| Justin Y.K. Chu | jchu@pollacklawfirm.com |
| Krane, Steven | SKrane@proskauer.com |
| mikaminsky@pollacklawfirm.com | mikaminsky@pollacklawfirm.com |

1