## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that true and correct copies of the following have been served and furnished today, on behalf of defendant to plaintiff's attorneys, at the following addresses in the manner indicated below:

1. **NOTICE OF MOTION FOR SUMMARY JUDGMENT, together with Declaration of Paul J. Sutton and Exhibits;**

2. **GREENBERG TRAURIG'S MEMORANDUM IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT;**

3. **GREENBERG TRAURIG'S RULE 56.1 STATEMENT IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT;** and

4. **CERTIFICATE OF SERVICE.**

DIAMOND MCCARTHY, LLP
620 Eighth Avenue
New York, New York 10018
**(BY HAND)**

DIAMOND MCCARTHY, LLP
Two Houston Center
909 Fannin, Suite 1500
Houston, Texas 77010
**(BY FEDERAL EXPRESS)**

Dated:   July 22, 2008

_____
Justin Y. K. Chu