## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that true and correct copies of the following have been served and furnished today, on behalf of defendant to plaintiff's attorneys, at the following addresses in the manner indicated below:

1. **GREENBERG TRAURIG LLP'S MEMORANDUM IN OPPOSITION TO PLAINTIFF'S OBJECTION/MOTION TO STRIKE; and**

2. **CERTIFICATE OF SERVICE.**

> DIAMOND MCCARTHY, LLP
> 620 Eighth Avenue
> New York, New York 10018
> **(VIA EMAIL)**
>
> DIAMOND MCCARTHY, LLP
> Two Houston Center
> 909 Fannin, Suite 1500
> Houston, Texas 77010
> **(VIA EMAIL)**

Dated:   September 9, 2008

_____
Justin Y. K. Chu